**Betty CALHOUN et al., Plaintiffs,**

v.

**UNITED STATES of America et al., Defendants.**

No. 77–2963.

United States Court of Appeals, Ninth Circuit.

Sept. 18, 1979.

J. Warren Beall, Oceanside, Cal., Cohn & Pacelli, Tustin, Cal., for plaintiffs.

Donald F. Shanahan, Asst. U. S. Atty., San Diego, Cal., for defendants.

Before BROWNING and TANG, Circuit Judges, and MUECKE,* District Judge.

PER CURIAM:

The judgment below is affirmed. Judge Enright's opinion, reported at 475 F.Supp. 1, is adopted as the opinion of this court.

*Honorable C. A. Muecke, United States District Judge of the District of Arizona, sitting by designation.